[No. 1669-2.    Division Two.    February 23, 1976.]

JACK R. BOHANAN, *Appellant*, v. GERTRUDE MARIAN (BOHANAN) FEHLMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 198799, Robert A. Jacques, J., entered October 25, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1748-2.    Division Two.    February 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON MILLIRON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-5088, Frank E. Baker, J., entered February 7, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1721-2.    Division Two.    February 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO DANIEL FOOTE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 45822, William L. Brown, Jr., J., entered December 24, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1751-2.    Division Two.    February 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DANIEL ARMOUR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 45592, James V. Ramsdell, J., entered January 21, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.